# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

Darrell Thomas Wilson

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:16-cv-00005-LRS |
| Commissioner of Social Security ) | |
| ) | |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment, ECF No. 14, GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 13, DENIED.
Commissioner's decision AFFIRMED.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Lonny R. Suko _____ on Defendant's motion for Summary
Judgment, ECF No. 14, GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 13, DENIED. Commissioner's
decision is AFFIRMED.

Date:   5/10/17 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Shelly Koegler
_____
*(By) Deputy Clerk*

Shelly Koegler
_____